ANDREA T. MATINEZ, Acting United States Attorney (#9313)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:(801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JUSTIN MICHAEL VANDERWOUDE,<br><br>        Defendant. | 1:21-CR-00073-RJS<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

The United States Attorneys for the District of Utah respectfully shows this Honorable Court that JUSTIN MICHAEL VANDERWOUDE now being confined at the Davis County Jail, under the authority of the State of Utah, is to appear remotely via Zoom in the United States District Court for the District of Utah before the Honorable Magistrate Judge Daphne A. Oberg on the 17th day of June 2021, at 2:00 p.m., on the charge of Possession of a Controlled Substance with Intent to Distribute, and it is necessary that the defendant be present in person, or remotely, on said date, during proceedings, appearances, and final disposition of the case;

NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the

United States Marshal for the District of Utah, or any other United States Marshal, or Special Agent of the Project Safe Neighborhoods Task Force, requiring him to serve said Writ on the Warden, or Superintendent, or custodian of any place or institution where JUSTIN MICHAEL VANDERWOUDE is confined, and requiring said U.S. Marshal or Special Agent to produce JUSTIN MICHAEL VANDERWOUDE before the Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to hold JUSTIN MICHAEL VANDERWOUDE at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return JUSTIN MICHAEL VANDERWOUDE to the institution wherein now confined.

  DATED this 14th day of June 2021.

            ANDREA T. MARTINEZ
            Acting United States Attorney


            */s/ Nathan D. Lyon*
            NATHAN D. LYON
            Special Assistant U.S. Attorney