ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUSTIN MICHAEL VANDERWOUDE,<br><br>　　　　Defendant. | 1:21-CR-00073-RJS<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

　　　TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S:

　　　We command you that you bring the body of JUSTIN MICHAEL VANDERWOUDE, now confined in the Davis County Jail, to appear remotely via Zoom before the Honorable Magistrate Judge Daphne A. Oberg, presiding at the United States District Court, Salt Lake City, Utah, on the 17th day of June, 2021 at 2:00 p.m., of said day, and from day to day thereafter, for purposes of an Initial Appearance upon charges pending against the defendant in the United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United

States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this ___ day of June 2021.

        IT IS SO ORDERED.

_____
DAPHNE A. OBERG
United States Magistrate Court Judge