AO 442

# United States District Court
for the
District of Utah

FILED US District Court-UT
JUN 23 '21 AM 11:58

UNITED STATES OF AMERICA

V.

Case No: **1:21-CR-00073-001 RJS**

**Justin Michael Vanderwoude, et al.**

## ARREST WARRANT



To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **JUSTIN MICHAEL VANDERWOUDE**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of Methamphetamine with Intent to Distribute**

in violation of   21:841(a)(1)   United States Code.

D. Mark Jones
Name of Issuing Officer

Signature of Issuing Officer

By: Aimee Trujillo
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

June 9, 2021 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 6-9-21 | NAME AND TITLE OF ARRESTING OFFICER A. Gonzalez DUSM | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 6-17-21 | | |