ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
Attorneys for the United States of America
111 South Main Street, Ste. 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
2022 JAN 12 PM 4:06
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JUSTIN MICHAEL VANDERWOUDE, Defendant. | **SUPERSEDING INFORMATION** VIOS. 21 U.S.C. §841(b) Possession of Methamphetamine with Intent to Distribute Case No. 1:21-cr-73 Judge Robert J. Shelby |

The United States Charges:

### COUNT I
21 U.S.C. § 841(b)
(Possession of Methamphetamine with Intent to Distribute)

On or about January 28, 2021, in the Northern Division of the District of Utah,

**JUSTIN MICHAEL VANDERWOUDE,**

Defendant herein, did knowingly and intentionally possess with intent to distribute

Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. §

812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

          ANDREA T. MARTINEZ
          Acting United States Attorney

          */s/ Nathan D. Lyon*
          NATHAN D. LYON
          Special Assistant United States Attorney