ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801)-524-5682
Email: nlyon@co.davis.ut.us

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JUSTIN MICHAEL VANDERWOUDE, Defendant. | **WAIVER OF INDICTMENT** Case No. 1:21-CR-73 Judge Robert J. Shelby |
|---|---|

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

_____
JUSTIN MICHAEL VANDERWOUDE
Defendant

_____
KRIS ANGELOS
Counsel for Defendant

ANDREA T. MARTINEZ
Acting United States Attorney

*/s/ Nathan D. Lyon*
NATHAN D. LYON
Special Assistant United States Attorney

DATED this 20th day of January, 2022.

*Cecilia M. Romero*
CECILIA M. ROMERO
United States Magistrate Judge