ANDREA T. MARTINEZ, Acting United States Attorney (No. 9313)
NATHAN D. LYON, Special Assistant United States Attorney (No. 10171)
Attorneys for the United States of America
111 South Main Street, Ste. 1800
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
nlyon@co.davis.ut.us

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JUSTIN MICHAEL VANDERWOUDE, Defendant. | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS<br><br>Case No.  1:21-CR-73<br><br>Judge Robert J. Shelby |
|---|---|

The United States, by and through the undersigned Special Assistant United States Attorney, pursuant to Rule 32 of the Federal Rules of Criminal Procedure of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U. S. Probation Office, no sentencing factors as described in that report are disputed by the Government.

DATED this 24th day of March, 2022.

ANDREA T. MARTINEZ
Acting United States Attorney

 /s/ Nathan D. Lyon
Nathan D. Lyon